UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUNTRUST BANK,

    Plaintiff,

v.                                                         Case No.:  2:09-cv-240-FtM-99DNF

EDWARD B. BLACKBURN, III and
RACHAEL N. BLACKBURN,

    Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on review of the file.  On February 27, 2012, the remaining post-judgment garnishment proceedings were stayed for Defendant Rachael N. Blackburn based on her Suggestion of Bankruptcy filed in the Middle District of Florida.  (Doc. 27).  The case was also administratively closed with periodic status reports to be filed as to the status of the bankruptcy case.  (Doc. 28).

Considerable time has passed, and no status reports were filed but the Court notes that SunTrust Bank was identified as a creditor and Claim No. 2 in Rachel N. Blackburn's Chapter 7 case.  (*See* Case No. 9:12-bk-2282-FMD.)  On June 18, 2012, Rachael Blackburn received a discharge in her Chapter 7 bankruptcy case. (See *id.*, Doc. 36). The Bankruptcy case was then closed on April 8, 2016.  This case thus will be closed.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink stops working or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

The Clerk is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of November 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record